NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CASCADES PROJECTION LLC,**
*Appellant*

**v.**

**EPSON AMERICA, INC., SONY CORPORATION,**
*Appellees*

---

2017-1517, 2017-1518

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-01206, IPR2015-01846.

---

## JUDGMENT

---

PHILIP P. MANN, Mann Law Group, Seattle, WA, argued for appellant. Also represented by ROBERT GREENSPOON, Flachsbart & Greenspoon, LLC, Chicago, IL.

DAVID J. BALL, JR., Paul, Weiss, Rifkind, Wharton & Garrison LLP, Washington, DC, argued for appellee Epson America, Inc. Also represented by NICHOLAS P. GROOMBRIDGE, JENNY CHIA CHENG WU, New York, NY.

ANDREW J. BRAMHALL, Quinn Emanuel Urquhart & Sullivan, LLP, Redwood Shores, CA, argued for appellee Sony Corporation. Also represented by KEVIN P.B. JOHNSON; MATTHEW A. SMITH, Smith Baluch LLP, Washington, DC.

――――――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (REYNA, WALLACH, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


<u>  March 13, 2018  </u>      /s/ Peter R. Marksteiner
Date                       Peter R. Marksteiner
                           Clerk of Court